UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGA CREATION, INC., <br>     Plaintiff, <br>     v. <br> HANH DO, <br>     Defendant. | Case No. 17-cv-05344-PJH <br><br> **ORDER EXTENDING DEADLINE TO RESPOND** <br> Re: Dkt. No. 14 |

On September 14, 2017, Mega Creation, Inc. dba LeChat ("LeChat") filed this civil action alleging claims under the Computer Fraud and Abuse Act, the Defend Trade Secrets Act, as well as alleging various related state claims. The next day, LeChat emailed the complaint and summons to defendant Hanh Do, a LeChat former employee, and Do subsequently retained counsel. Three days later, Do's counsel withdrew. On September 19, 2017, plaintiff served the summons and complaint on Do's housemate. Do was again served, this time personally, on October 2, 2017.

On October 23, 2017, Do's deadline to respond to the complaint, Do filed an administrative motion to extend her deadline to respond to November 30, 2017. This motion is GRANTED. Do must respond to plaintiff's complaint by November 30, 2017. The court will grant no further continuances.

The court also reminds Do that under N.D. Cal. Local Rule 3-9, if Do has not retained counsel, she must appear in person at the initial CMC, which remains scheduled for December 14, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 30, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge